In the Matter of the Claim of the CHESTER ROLLING MILLS, Respondent, *v.* THE VESSELS "HOPATCONG" AND "MUSCONETCONG," THEIR TACKLE, ETC., Appellants.

(Submitted June 7, 1892; decided June 17, 1892.)

APPEAL from order of the General Term of the Supreme Court, in the second judicial department, made the second Monday of December, 1891, which affirmed an order of Special Term granting an extra allowance.

*Henry Schmitt* for appellants.

*Harvey Weed* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

_____

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE BUSHWICK CHEMICAL WORKS et al.

In the Matter of the Receivership of WILLIAM BROOKFIELD.

MERCHANTS' NATIONAL BANK of Burlington et al., Appellants, *v.* WILLIAM BROOKFIELD, Receiver, Respondent.

(Argued June 8, 1892; decided June 17, 1892.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made March 31, 1892, which affirmed an order of Special Term overruling exceptions to a referee's report on a receiver's accounting.

*C. Bainbridge Smith* for appellants.

*Charles F. Wells* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.